IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY 2801 Horace Shepard Drive Dothan, Alabama 36303,<br><br>Plaintiff,<br><br>v.<br><br>DAVID A. FLICK, M.D., P.A. 1260 S. Greenwood Avenue, Suite B Clearwater, FL 33756<br><br>and<br><br>DAVID A. FLICK 103 14th Avenue B Indian Rocks Beach, FL 33785<br><br>Defendants. | 2007 MAY 15  P 4: 05<br><br>CIVIL ACTION<br><br>NO.: 1:07 cv 428-WKW |

## COMPLAINT

The plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company ("ASD" or "OSC"), by and through its counsel, hereby brings this complaint against the defendants, David A. Flick, M.D., P.A. ("Flick, P.A.") and David A. Flick ("Dr. Flick"), and in support hereof, avers as follows:

## THE PARTIES

1. ASD is a California corporation with its principal place of business in Texas. ASD operates under various trade names including Oncology Supply Company, which maintains a place of business at 2801 Horace Shepard Drive, Dothan, Alabama 36303.

1568762

2. Flick, P.A. is a professional association organized and existing pursuant to the laws of the State of Florida, with a last known principal place of business at 1260 S. Greenwood Avenue, Suite B, Clearwater, Florida 33756.

3. Dr. Flick is an adult individual and citizen of the State of Florida, with a last-known address of 103 14th Avenue B, Indian Rocks Beach, Florida 33785.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a) because (a) the plaintiff is a citizen of the State of California, (b) the defendants are citizens of the State of Florida, and (c) the amount in controversy exceeds $75,000.00, exclusive of interest and costs

5. The defendants are subject to personal jurisdiction in this judicial district because, inter alia, the defendants have consented to jurisdiction in Alabama.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because, inter alia, a substantial part of the events or omissions giving rise to the claims in this action occurred in this judicial district and the defendants have consented to being sued in this judicial district.

## BACKGROUND

7. OSC is a supplier of medical and pharmaceutical products.

8. At all times relevant hereto, and as set forth more fully below, Flick, P.A. (a) solicited business with, (b) negotiated with, (c) had products shipped by, (d) communicated with, (e) submitted documents to, and (f) contracted with OSC in Dothan, Alabama.

9. At various times and at Flick, P.A.'s request, OSC sold and delivered to Flick, P.A. pharmaceutical and other products (the "Goods") on open account and pursuant to a written

Application for New Account (the "Agreement"), signed August 15, 2005, a copy of which is attached hereto, incorporated herein and marked Exhibit "A."

10.     The Agreement further contains a consent to jurisdiction and venue in this Court.

11.     Pursuant to a personal guaranty agreement ("Guaranty"), Dr. Flick agreed to act as full and unconditional surety of Flick, P.A.'s obligations to OSC. A true and correct copy of the Guaranty is attached hereto, incorporated herein, and marked as Exhibit "B."

12.     The Agreement and Guaranty provide that, upon an event of default thereunder, OSC is entitled to collect its attorneys' fees and costs of collection until OSC is paid in full.

13.     Despite demand, Flick, P.A. has failed to make payment for certain Goods that it purchased from OSC.

14.     As a result of Flick, P.A.'s defaults, all sums owed by Flick, P.A. to OSC are immediately due and payable in full.

15.     Dr. Flick is in default of his obligations pursuant to the Guaranty for his failure to cure the defaults of Flick, P.A.

16.     The outstanding obligation due to OSC from Flick, P.A. exceeds $117,708.44 as evidenced by the Statement attached hereto, incorporated herein, and marked as Exhibit "C."

17.     Pursuant to the terms of the Agreement, OSC is also entitled to collect interest on this principal amount at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, plus late charges, and attorneys' fees and costs.

18.     As a result of the foregoing defaults, the principal amount of at least $117,708.44 is immediately due and payable from Flick, P.A. and Dr. Flick, jointly and severally.

## COUNT I
## BREACH OF CONTRACT
## OSC v. FLICK, P.A.

19. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length

20. OSC has complied with its contractual obligations by supplying the Goods to Flick, P.A., and invoicing Flick, P.A. for payment.

21. Despite the fact that OSC sent invoices to Flick, P.A. and demanded payment for the Goods supplied, Flick, P.A. failed and refused, and continues to fail and refuse, to make payment to OSC in accordance with its obligations under the Agreement or otherwise.

22. Accordingly, Flick, P.A. has materially breached the terms of the contract between it and OSC.

23. As a result of this material breach of contract by Flick, P.A., OSC has been damaged in an amount in excess of $117,708.44.

WHEREFORE, ASD d/b/a OSC respectfully requests the entry of a judgment in its favor and against Flick, P.A. in an amount in excess of $117,708.44, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

## COUNT II
## BREACH OF ACCOUNT STATED
## OSC v. FLICK, P.A.

24. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

1568762

25. Beginning in 1999, OSC had an ongoing business relationship with Flick, P.A. pursuant to which OSC sold Goods to Flick, P.A., and Flick, P.A. paid for such goods in accordance with the terms of various statements of account sent from OSC to Flick, P.A..

26. OSC invoiced Flick, P.A. in a timely fashion for the Goods detailed above, which Goods were shipped to Flick, P.A. at Flick, P.A.'s request.

27. Flick, P.A. had an opportunity to review the relevant invoices and raise any objections regarding the accuracy of the information contained therein including, among other things, the amount stated as due.

28. Flick, P.A. has never objected to the amounts set forth in OSC's invoices.

29. Despite repeated demand, Flick, P.A. has failed to pay OSC the total amounts due as invoiced. A balance remains due.

30. As a direct and proximate result of Flick, P.A.'s failure to pay its accounts as stated, OSC has been damaged in excess of $117,708.44.

WHEREFORE, ASD d/b/a OSC respectfully requests the entry of a judgment in its favor and against Flick, P.A. in an amount in excess of $117,708.44, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

## COUNT III
## UNJUST ENRICHMENT
## OSC v. FLICK, P.A.
**(Alternative Count)**

31. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

32. OSC conferred a benefit upon Flick, P.A., to which Flick, P.A. was not entitled, by providing Flick, P.A. with the Goods.

1568762                                    5

33. Despite repeated demand, Flick, P.A. has refused to return the Goods and/or to pay for them.

34. By accepting delivery of the Goods supplied by OSC, retaining them, and not paying OSC for them, Flick, P.A. has been unjustly enriched at OSC's expense, in an amount in excess of $117,708.44, thereby damaging OSC.

WHEREFORE, ASD d/b/a OSC respectfully requests the entry of a judgment in its favor and against Flick, P.A. in an amount in excess of $117,708.44, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

## COUNT IV
## BREACH OF CONTRACT
## OSC v. DR. FLICK

35. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

36. Dr. Flick is in default of his obligations under the Guaranty because of, inter alia, his failure to pay the amounts due from Flick, P.A.

37. As a result of the foregoing defaults, an amount in excess of $117,708.44 is immediately due and payable from Dr. Flick.

WHEREFORE, ASD d/b/a OSC respectfully requests the entry of a judgment in its favor and against David A. Flick in an amount in excess of $117,708.44, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

Respectfully submitted,

*/s/ Elizabeth B. Shirley*
Elizabeth B. Shirley
One of the attorneys for Plaintiff

**OF COUNSEL:**

**BURR & FORMAN, LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
email: bshirley@burr.com

**TO BE SERVED VIA CERTIFIED MAIL ON:**

David A. Flick, M.D., P.A.
1260 S. Greenwood Avenue, Suite B
Clearwater, Florida 33756

David A. Flick, M.D.
103 14th Avenue B
Indian Rocks Beach, Florida 33785

# Exhibit A

**ONCOLOGY SUPPLY**
Put Us Into Practice

P.O. BOX 2001 • DOTHAN, AL 36302
Tel: (800) 633-7555 • Fax: (800) 248-8205
www.oncologysupply.com

## APPLICATION FOR NEW ACCOUNT

The following is an application for credit with ONCOLOGY SUPPLY COMPANY. Also known as creditor within the general provisions of this application.

### 1. Company Information

| (Tax ID Number) required | Firm or Corp. Name |
|---|---|
| 9383 | DAVID A. FLICK, M.A., C.A. |

Street Address: 1260 So. Greenwood Ave., Ste B

| P.O. Box | City | (County) required | State | Zip |
|---|---|---|---|---|
|  | CLEARWATER | PINELLAS | FL | 33756 |

| Telephone Number | Fax Number | Year Established | Is business incorporated? Yes ☐ No ☐ If so, under laws of what state? |
|---|---|---|---|
| 727 446-4753 | 727 446-4639 | 1994 |  |

Billing Address (if different from above):

| City | State | Zip | Phone No. | Fax No. |
|---|---|---|---|---|

| Parent Company | | Street Address | | |
|---|---|---|---|---|

| P.O. Box | City | | State | Zip |
|---|---|---|---|---|

Full Names of Officers, Partners and/or Proprietors:    Title

N/A

| In order to determine your credit limit, please estimate your total monthly drug purchases. (Required) | Does your firm use purchase order numbers? Yes ☐ No ☑ |
|---|---|
|  | Is your business a member of a Buying Group? Yes ☑ No ☐ |
|  | If so, which Buying Group? ION |
| Monthly Amount: $ 100,000.+ | Type of Business: PHYSICIAN (i.e. physician, hospital, etc.) |

### 2. Bank References

| Bank Name | Account # | Contact |
|---|---|---|
| BANK OF AMERICA | ___0/4 23 | Brian |
| Address | City | State | Zip | Phone |
| 1610 S. Missouri Ave, Clearwater | | FL | 33756 | 585-8116 |

### 3. Credit References

| Company Name | Contact | Phone |
|---|---|---|
| Caligor |  | 800-868-2478 |
| Address | City | State | Zip | Fax |
| PO Box 2980 | Greenville | SC | 29602-2980 |  |
| Company Name |  | Contact | | Phone |
| PSS - St. Petersburg | | | | 800-275-2922 |
| Address | City | State | Zip | Fax |
| 9843 18th St. N, Ste 1200, St. Petersburg FL | | | 33716 | 727-577-4767 |

State license & DEA permit required for all accounts
(Please be advised: Ship to address must match address on your DEA certificate for contract identification.)

# Credit Application Page Two

## Please review, sign, and return the acknowledgment pages along with this application.

This application and the information contained herein is a request for the extension of credit for commercial business use only and applicant certifies that the firm he represents is doing business as a: (please check one) Corporation ☒, Partnership ☐ or Sole Proprietorship ☐.

The applicant authorized the above named creditor to obtain written or oral credit reports from any credit reporting agency. The applicant further authorizes any bank or commercial business with whom the applicant is doing or has done any business with to give any and all necessary information to the creditor which will assist creditor in this credit investigation. The applicant further authorizes the creditor to reinvestigate the applicants' credit status from time to time as the creditor deems necessary and should creditor upon such reinvestigation deem it necessary to limit or terminate the credit arrangement with applicant, said applicant shall be notified in writing as to any adverse action. Upon approval of this application for credit, said applicant will be notified in writing along with the creditor's terms of sale and should applicant at some future time deviate from the creditor's terms of sale, said creditor reserves the right to terminate future extension of credit with applicant.

### Important

If credit is extended, I (we) agree to pay Creditor all debts incurred within creditor's terms of sale. I (we) expressly waive all right of exemption under the constitution and laws of the State of Alabama and any other state, as to personal property and I (we) agree to pay all costs of collection or attempting to collect any and all debts which I (we) now owe or which I (we) may in the future owe creditors for goods sold to me (us) or for services rendered including a reasonable attorney's fee on the unpaid debt so long as any of said indebtedness is due and unpaid, and I consent and agree to the jurisdiction of the laws of the State of Alabama governing the collection of any and all debts. I also agree to pay a FINANCE CHARGE OF 1.5% PERCENT PER MONTH (ANNUAL PERCENTAGE OF 18%) on any unpaid past due balance. Creditor is hereby authorized to deliver goods or perform services for the following at my (our) request and charge same to my (our) account and this shall continue until written notice to the contrary is given and accepted, which acceptance shall be evidenced by signature of creditor.

Applicant's Signature: _David A Adams H_   Title: _President_

Applicant's Signature: _____   Title: _____

Witness my (our) hand(s) this the _15_ day of _August_, _2005_

Witness: _Emma Jurnardy_   Date: _8/15/05_

**Please forward a copy of your current physician state license and your current DEA registration. Failure to do so will delay shipping of any pending orders. Copies may be faxed. Ship to address must match your DEA.**

This is a federal requirement.

State Physicians' License #: _ME61264_   Exp. Date: _1/31/06_

DEA Form #: _BF1642342_   Exp. Date: _9/30/06_

You can now pay us electronically using a touch tone phone through our Customer Initiated Payment System (CIPS). CALL ACCOUNTING DEPARTMENT FOR MORE DETAILS. All of the above information is for file purposes only and will be held in strictest confidence.

For Office Use Only:

# Credit Application Page Three

**1. PROPRIETOR AUTHORIZATION**

By signing this Application, I authorize Oncology Supply Company or its agent to investigate my personal credit and financial records including my banking records. As part of this investigation, I authorize Oncology Supply to request and obtain a consumer credit report on me in connection with the opening, monitoring, renewal and extension of this and other accounts with Oncology Supply and the marketing of other products and services to me and my business by Oncology Supply. I further authorize Oncology Supply to share the information received from my consumer credit report with Oncology Supply's parent, subsidiaries, and affiliates. If I request, you will tell me whether my consumer credit report was requested and, if so, the name and address of the consumer credit reporting agency that furnished the report.

| First Name | Initial | Last Name | Social Security Number |
|---|---|---|---|
| DAVID | A. | FLICK | ▓▓▓▓▓-4792 |

| Present Home Address | Home Phone Number |
|---|---|
| 1260 So. Greenwood Ave., Ste B | 727-446-4759 |

| City | State | Zip |
|---|---|---|
| Clearwater | FL | 33756 |

| Authorized Signature | Date |
|---|---|
| [signed] | 7/28/05 |

(If you wish to inquire upon multiple owners, you must have authorized access for each individual)

| First Name | Initial | Last Name | Social Security Number |
|---|---|---|---|
| | | | |

| Present Home Address | Home Phone Number |
|---|---|
| N/A | |

| City | State | Zip |
|---|---|---|
| | | |

| Authorized Signature | Date |
|---|---|
| | |

Please note that if we are unable to obtain a satisfactory credit report on you or your business, we may require a proprietor guarantee to be signed before a credit line can be established.

# Exhibit B

Case 1:07-cv-00428-WKW-SRW    Document 1-3    Filed 05/15/2007    Page 1 of 2

## Oncology Supply

Po Box 2001 * Dothan AL 36303 * Ph: (800) 977-8439 * Fax: (334) 984-2448

PROPRIETOR GUARANTY

By signing this application, I acknowledge that I have personally guaranteed the debts and obligations of my business and agree that I am personally obligated to perform all of the terms of, and make all payments to Oncology Supply Company required by, the credit application of which this agreement is part.

David           A.        Flick                              _____-4792
First Name   Initial    Last Name                        Social Security

1260 So. Greenwood Ave, Ste B                727-446-4759
Present Home Address                         Home Phone Number

Clearwater                    FL              33756
City                          State            Zip

_David C Flick MD_                            8/8/05
Authorized Signature                          Date

# Exhibit C



# STATEMENT

**Remit To:**
Oncology Supply
Attn.: Accounting
P. O. Box 676554
Dallas, TX 75267-6554
(888) 877-8430 (Phone)
(334) 984-2448 (Fax)

www.oncologysupply.com

| Customer No.: | |
|---|---|
| Page: | |
| Date: | |
| Business Partner Type: | 000031135 |
| Line of Business: | 1 |
| | 12-19-2006 |

**Invoice To:**
FLICK, DR DAVID A
1260 S GREENWOOD AVE, STE B
CLEARWATER, FL  33756

**Ship To:**
FLICK, DR DAVID A
1260 S GREENWOOD AVE, STE B
CLEARWATER, FL  33756

| Document No. | Invoice Date | Reference/ PO Number | Due Date | Invoice Amount | Last Receipt | Amount Rcvd. | Invoice Balance |
|---|---|---|---|---|---|---|---|
| 130 11336233 | 04-18-06 | | 07-03-06 | USD 9,107.38 | | 0.00 | 9,107.38 |
| 130 11340864 | 04-21-06 | | 07-06-06 | USD 23,398.86 | | 0.00 | 23,398.86 |
| 130 11342220 | 04-24-06 | | 07-09-06 | USD 8,818.20 | | 0.00 | 8,818.20 |
| 130 11351449 | 05-01-06 | | 07-16-06 | USD 2,670.10 | | 0.00 | 2,670.10 |
| 130 11353162 | 05-02-06 | | 07-17-06 | USD 2,084.62 | | 0.00 | 2,084.62 |
| 130 11356805 | 05-04-06 | | 07-19-06 | USD 14,816.08 | | 0.00 | 14,816.08 |
| 130 11358474 | 05-05-06 | | 07-20-06 | USD 2,303.48 | | 0.00 | 2,303.48 |
| 130 11361988 | 05-09-06 | | 07-24-06 | USD 6,273.86 | | 0.00 | 6,273.86 |
| 130 11377982 | 05-22-06 | | 08-06-06 | USD 9,829.43 | | 0.00 | 9,829.43 |
| 130 11381822 | 05-24-06 | | 08-08-06 | USD 5,008.66 | | 0.00 | 5,008.66 |
| 130 11389028 | 05-31-06 | | 08-15-06 | USD 2,845.40 | | 0.00 | 2,845.40 |
| 130 11399671 | 06-07-06 | | 08-22-06 | USD 4,409.10 | | 0.00 | 4,409.10 |
| 130 11427221 | 06-28-06 | | 09-12-06 | USD 4,040.08 | | 0.00 | 4,040.08 |
| 130 11428291 | 06-29-06 | | 09-13-06 | USD 17,685.38 | | 0.00 | 17,685.38 |
| 130 11432345 | 07-03-06 | | 09-17-06 | USD 4,417.61 | | 0.00 | 4,417.61 |

**TOTAL DUE⇒**  117,708.44

### AGING ANALYSIS IN DAYS

| Current | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 117,708.44 |

000031135

*A Subsidiary of Bergen Brunswig Corporation*