IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive<br>Dothan, Alabama 36303,<br><br>            Plaintiff,<br><br>v.<br><br>DAVID A. FLICK, M.D., P.A.<br>1260 S. Greenwood Avenue, Suite B<br>Clearwater, FL 33756<br><br>and<br><br>DAVID A. FLICK<br>103 14th Avenue B<br>Indian Rocks Beach, FL 33785<br><br>            Defendants. | 2007 MAY 15  P 4:06<br><br>Civil Action<br><br>NO.: 1:07CV428-WKW |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ASD SPECIALTY HEALTHCARE, INC., D/B/A/ ONCOLOGY SUPPLY COMPANY

**COMES NOW** plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company, by and through its counsel, and states that:

1. Pursuant to Fed. R. Civ. P. 7.1, the only publicly held corporation that owns more than 10% of plaintiff's stock is AmerisourceBergen Corporation.

2. In accordance with the Order of this Court, the following disclosure is made concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: AmerisourceBergen Corporation.

1569326

                                        Respectfully submitted,

                                        /s/ Elizabeth B. Shirley

                                        Elizabeth B. Shirley
                                        One of the attorneys for Plaintiff

**OF COUNSEL:**

**BURR & FORMAN, LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
email: bshirley@burr.com

**TO BE SERVED VIA CERTIFIED MAIL ON:**

David A. Flick, M.D., P.A.
1260 S. Greenwood Avenue, Suite B
Clearwater, Florida 33756

David A. Flick, M.D.
103 14th Avenue B
Indian Rocks Beach, Florida 33785