# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> DAVID A. FLICK, M.D., P.A.; and ) <br> ) <br> DAVID A. FLICK, ) <br> ) <br> Defendant(s). | **SUMMONS** <br><br> (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.) <br><br> CIVIL ACTION CASE NUMBER: <br><br> 1:07cv 428-WKW |

TO DEFENDANT

David A. Flick, M.D., P.A.
1260 S. Greenwood Avenue, Suite B
Clearwater, FL 33756

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Elizabeth B. Shirley
BURR & FORMAN, LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 5/16/07

SEE REVERSE SIDE FOR RETURN

*Debra P. Hackett*
_____,CLERK

By:

Deputy Clerk
(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, ) ) ) | **SUMMONS** |
| Plaintiff(s), ) ) | (Issued pursuant to Rule 4 of the Federal Rules of |
| v. ) ) | Civil Procedure or other appropriate laws.) |
| DAVID A. FLICK, M.D., P.A.; and ) ) | |
| DAVID A. FLICK, ) ) | CIVIL ACTION CASE NUMBER: |
| Defendant(s). | 1:07CV 428 - WKW |

TO DEFENDANT

David A. Flick
103 14th Avenue B
Indian Rocks Beach, FL 33785

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Elizabeth B. Shirley
BURR & FORMAN, LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 5/16/07

*Debra P. Hackett*
_____,CLERK

SEE REVERSE SIDE FOR RETURN

By:

Deputy Clerk
(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.