BURR & FORMAN LLP

Debra P. Hackett, Clerk
USDC, Middle District of Alabama
P. O. Box 711
Montgomery, AL 36101-0711

Birmingham, AL 35203

7006 2150 0003 5455 1716



FIRST CLA

ATT
5/22/7
5-29-7
6-6-7

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David A. Flick, M.D., P.A.
1260 S. Greenwood Avenue, Suite B
Clearwater, FL 33756

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2150 0003 5455 1716

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



David
FL
NO
:DAVI
103 14Th
INDIAN ROCK

# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, ) ) ) | **SUMMONS** |
| Plaintiff(s), ) ) ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.) |
| v. ) ) ) | |
| DAVID A. FLICK, M.D., P.A.; and ) ) | |
| DAVID A. FLICK, ) | CIVIL ACTION CASE NUMBER: |
| Defendant(s). | 1:07cv428-WKW |

TO DEFENDANT

David A. Flick, M.D., P.A.
1260 S. Greenwood Avenue, Suite B
Clearwater, FL 33756

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Elizabeth B. Shirley
BURR & FORMAN, LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 5/16/07

*Debra P. Hackett*
_____, CLERK

SEE REVERSE SIDE FOR RETURN

By:

Deputy Clerk
(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.