# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY,<br><br>    Plaintiff(s),<br><br>v.<br><br>DAVID A. FLICK, M.D., P.A.; and<br><br>DAVID A. FLICK,<br><br>    Defendant(s). | **SUMMONS**<br><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>1:07cv428-WKW |

TO DEFENDANT

      David A. Flick
      103 14th Avenue B
     Indian Rocks Beach, FL 33785

You are hereby summoned and required to serve upon plaintiff's attorney(s):

      Elizabeth B. Shirley
      BURR & FORMAN, LLP
      3400 Wachovia Tower
      420 North 20th Street
      Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 5/16/07

*Debra P. Hackett*
_____, CLERK

SEE REVERSE SIDE FOR RETURN

By:
     Deputy Clerk
     (SEAL OF COURT)

NOTE:  A separate summons must be prepared for each defendant.

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**FIRST CLASS MAIL**

- ☐ Forwarding Order Expired
- ☐ Insufficient Address
- ☐ Moved, Left No Address
- ☐ Unclaimed ☐ Refused
- ☐ Attempted-Not Known
- ☐ No Such Street
- ☐ No Such Number
- ☐ No Receptacle
- ☐ Deceased
- ☐ Vacant

**UNCLAIMED** — RETURNED TO SENDER

- ☐ Forwarding Order Expired
- ☐ Insufficient Address
- ☐ Moved, Left No Address
- ☐ Unclaimed ☐ Refused
- ☐ Attempted-Not Known
- ☐ No Such Street
- ☐ No Such Number
- ☐ No Receptacle
- ☐ Deceased
- ☐ Vacant

Montgomery, AL 36101-0711

Birmingham, AL 35205

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you<br>■ Attach this card to the back of the mailpiece, or on the front if space permits | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>David<br>10- | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>S+C<br>07cv428 |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form ___, August 2001   Domestic Return Receipt   102595-02-M-1540