## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ASD SPECIALITY HEALTHCARE, INC.,** | ) | |
| **d/b/a ONCOLOGY SUPPLY COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:07-cv-428-WKW** |
| | ) | |
| **DAVID A. FLICK, M. D., P. A.,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

The plaintiff is directed to show cause in writing on or before **February 20, 2008,** why this action should not be dismissed for failure to prosecute.

DONE this 8th day of February, 2008.

      /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE