IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>DAVID A. FLICK, M.D., P.A., *et al.*, )<br><br>Defendants. ) | CASE NO. 1:07-cv-428-WKW |

## RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** Plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company ("Plaintiff") and responds to the Court's February 8, 2008 Order to show cause in writing as to why this action should not be dismissed for failure to prosecute:

1. Plaintiff has no intention to abandon this lawsuit. Despite Plaintiff's best efforts, it has been unable to serve Defendants David A. Flick, M.D., P.A. and David A. Flick ("Defendants") for months now.

2. First, service via certified mail was attempted, but the certified mail receipts were returned unexecuted and unclaimed. (*See* Exhibit A, attached hereto.)

3. Plaintiff then hired a process server to attempt service on Defendants, but his efforts were unsuccessful also. (*See* Exhibit B, attached hereto.)

4. Contemporaneously with the filing of this Response to Order to Show Cause, Plaintiff is filing a Motion for Service of Defendants via Publication, pursuant to Fed. R. Civ. P. 4(e)(1), 4(h)(1), and Ala. R. Civ. P. 4.3.

1644346 v1

**WHEREFORE**, Plaintiff requests that this Court not dismiss the above-styled action, and allow Plaintiff to pursue service via publication, or such other method as this Court deems appropriate.

Respectfully submitted,

s/Elizabeth B. Shirley
One of the attorneys for Plaintiff

**OF COUNSEL:**

**BURR & FORMAN, LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
email: bshirley@burr.com

**TO BE SERVED ON:**

David A. Flick, M.D., P.A.
David A. Flick, M.D.
467 Harbor Drive
Bellair Beach, FL  33786-3251

Shirley, Elizabeth

**From:** efile_notice@almd.uscourts.gov
**Sent:** Friday, June 15, 2007 5:09 PM
**To:** almd_mailout@almd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-00428-WKW-SRW ASD Specialty Healthcare, Inc. v. David A. Flick, M.D., P.A. et al "Summons Returned Unexecuted"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Alabama Middle District

Notice of Electronic Filing

The following transaction was received from vma, entered on 6/15/2007 at 5:09 PM CDT and filed on 6/14/2007
**Case Name:**      ASD Specialty Healthcare, Inc. v. David A. Flick, M.D., P.A. et al
**Case Number:**    1:07-cv-428
**Filer:**          ASD Specialty Healthcare, Inc.
**Document Number:** 6

**Docket Text:**
Summons Returned Unexecuted by ASD Specialty Healthcare, Inc. as to David A. Flick, M.D., P.A. w/notation: unclaimed; returned to sender; (notified counsel). (vma, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=6/15/2007] [FileNumber=742516-0]
[5c8e52e68e91f51be84ce9f2ef93c6c3dff1cf38a1bf2ac3bac92981acc88b81e859
27c7775fc58b3178a6f8b6ba5de23f5984ff39d53ba1d12f7936377310fa]]

**1:07-cv-428 Notice will be electronically mailed to:**

Elizabeth Bosquet Shirley      bshirley@burr.com, cdyer@burr.com

**1:07-cv-428 Notice will be delivered by other means to:**

2/20/2008

# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>DAVID A. FLICK, M.D., P.A.; and<br><br>DAVID A. FLICK,<br><br>Defendant(s). | **SUMMONS**<br><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>1:07cv428-WKW |

TO DEFENDANT

David A. Flick
103 14th Avenue B
Indian Rocks Beach, FL 33785

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Elizabeth B. Shirley
BURR & FORMAN, LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 5/16/07

SEE REVERSE SIDE FOR RETURN

*Debra P. Hackett*
_____, CLERK

By:

Deputy Clerk
(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**FIRST CLASS MAIL**

☐ Forwarding Order Expired
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted-Not Known
☐ No Such Street
☐ No Such Number
☐ No Receptacle
☐ Deceased
☐ Vacant

**UNCLAIMED**
RETURNED TO SENDER

☐ Forwarding Order Expired
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted-Not Known
☐ No Such Street
☐ No Such Number
☐ No Receptacle
☐ Deceased
☐ Vacant

Montgomery, AL 36101-0711

Birmingham, AL 35205

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you<br>■ Attach this card to the back of the ...iece, or on the front if space perm... | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>David<br>10- | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>S + C<br>07cv428 |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form ..., August 2001    Domestic Return Receipt    102595-02-M-1540

# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>DAVID A. FLICK, M.D., P.A.; and DAVID A. FLICK,<br><br>Defendant(s). | Alias  **SUMMONS**<br><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)<br><br>CIVIL ACTION CASE NUMBER:<br>1:07 cv 428-WKW |

TO DEFENDANT

David A. Flick, M.D., P.A.
103 14th Avenue B
Indian Rocks Beach, FL 33785-2703

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Elizabeth B. Shirley, BURR & FORMAN, LLP
3400 Wachovia Tower, 420 North 20th Street
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 6/21/07

SEE REVERSE SIDE FOR RETURN

*Debra P. Hackett*
_____, CLERK

By: /s/ signature
Deputy Clerk
(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

(3/92)

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, 2007, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
*Date*                              *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, _____, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
*Date*                              *Authorized or Specially Appointed Process Server*

Cost of Service:   Service fee:                                                              $ 0.00
                   Expenses: _____ miles @ _____ cents                                       $ 0.00

                                                                            TOTAL:           $ 0.00

# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, ) | **ALIAS SUMMONS** |
| ) | |
| Plaintiff(s), ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.) |
| ) | |
| v. ) | |
| ) | |
| DAVID A. FLICK, M.D., P.A.; and DAVID A. FLICK, ) | CIVIL ACTION CASE NUMBER: 1:07 cv 428-WKW |
| ) | |
| Defendant(s). | |

TO DEFENDANT

David A. Flick, M.D., P.A.,
467 Harbor Drive
Bellair Beach, FL 33786-3251

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Elizabeth B. Shirley, BURR & FORMAN, LLP
3400 Wachovia Tower, 420 North 20th Street
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 8/29/2007

SEE NEXT PAGE FOR RETURN

_Debra P. Hackett_, CLERK

By: _____
Deputy Clerk
(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

(3/92)
1597210 v1

CASE NO. \_\_\_\_\_

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the \_\_\_\_\_ day of \_\_\_\_\_, 2007, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date                              *Authorized or Specially Appointed Process Server*

I hereby certify and return this 27 day of September, 2007 that I am unable to locate the individual, company, corporation, etc. named in this summons.   **PLEASE SEE ATTACHED**

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

9-27-07
Date                              *Authorized or Specially Appointed Process Server*
                                   Claude E Lavaron, III

Cost of Service:   Service fee:                                    $ 0.00
                   Expenses: \_\_\_\_\_ miles @ \_\_\_\_\_ cents       $ 0.00

                                                     TOTAL:        $ 0.00

1597210 v1

Attachment to Proof of Service

Business address provided of 1260 S Greenwood Avenue # B, Clearwater, Florida is closed and the phone number for the business, 727-446-4759 is out of service. There is a note on the door which directs mail to 102 14th Avenue #B, Indian Rocks Beach, Florida.

No answer at 102 114th Avenue #B, Indian Rocks Beach, Florida on 11 attempts. This address is residential and owned by Mr. Flick. Left two business cards and called the home telephone number 727-596-9749 three times. There was an answering machine on one attempt, left message, no response.

On August 31, 2007, received new address of 467 Harbor Drive, Belleair Beach, Florida. This address does not exist on Belleair Beach.

I found that this address should be 467 N Harbor Drive, Indian Rocks Beach, Florida, which is also residential and owned by Mr. Flick. 6 attempts were made at this location. On September 12, 2007, mail was stacked up in a large plastic bin to the left of the front door and it had been there for at least three days.

Final attempt at 467 N Harbor Drive, Indian Rocks Beach, Florida on September 22, 2007, mail was gone and left business card. I also called the home telephone number of 727-596-9749 and left message on answering machine, with no return call.