IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY,  )<br>)<br>)<br>Plaintiff,                                                                                             )<br>)<br>v.                                                                                                        )<br>)<br>DAVID A. FLICK, M.D., P.A., *et al.*,                                                              )<br>)<br>Defendants.                                                                                       ) | CASE NO. 1:07-cv-428-WKW |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF
ASD SPECIALTY HEALTHCARE, INC., D/B/A/ ONCOLOGY SUPPLY COMPANY**

**COMES NOW** Plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company, and consistent with filed Doc. 2, discloses:

1. Pursuant to Fed. R. Civ. P. 7.1, the only publicly held corporation that owns more than 10% of plaintiff's stock is AmerisourceBergen Corporation.

2. In accordance with the Order of this Court, the following disclosure is made concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar other reportable entities: AmerisourceBergen Corporation.

Respectfully submitted,

s/Elizabeth B. Shirley
One of the attorneys for Plaintiff

**OF COUNSEL:**

**BURR & FORMAN, LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
email: bshirley@burr.com

1645813 v1

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was served upon the following by U.S. First Class Mail, postage prepaid, on this the 26th day of February, 2008.

David A. Flick, M.D., P.A.
1260 S. Greenwood Avenue, Suite B
Clearwater, Florida 33756

David A. Flick, M.D.
103 14th Avenue B
Indian Rocks Beach, Florida 33785

                                            s/Elizabeth B. Shirley