IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ASD SPECIALTY HEALTHCARE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-0428-WKW |
| DAVID A. FLICK, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion for Service on Defendants Via Publication (Doc. # 13), it is ORDERED that the motion is GRANTED.

DONE this 3rd day of April, 2008.

                                                /s/  W.  Keith Watkins
                                         UNITED STATES DISTRICT JUDGE