IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY, ) ) ) **Plaintiff,** ) ) v. ) ) DAVID A. FLICK, M.D., P.A., *et al.*, ) ) **Defendants.** ) | CASE NO. 1:07-cv-428-WKW |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

**COMES NOW** Plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company ("Plaintiff"), and pursuant to Fed. R. Civ. P. 55, moves for entry of default by the Clerk of this Court against Defendants David A. Flick, M.D. and David A. Flick, M.D., P.A. In support thereof, Plaintiff states as follows:

1.  On May 15, 2007, Plaintiff filed its Complaint against Defendants David A. Flick, M.D. and David A. Flick, M.D., P.A. ("Defendants"). (Docket # 1.)

2.  After numerous attempts to serve Defendants via Certified Mail and by Process Server (*see* Docket #12 with attachments), on February 20, 2008, Plaintiff filed a Motion for Service on Defendants via Publication. (Docket #13.)

3.  On April 3, 2008, the Court granted Plaintiff's Motion for Service on Defendants via Publication. (Docket #15.)

4.  Pursuant to the Court's Order regarding publication and Fed. R. Civ. P. 4(e)(1), 4(h)(1) and Ala. R. Civ. P. 4.3, Notices to the Defendants were published for four consecutive weeks -- April 25, May 2, May 9, and May 16, 2008 -- in the *Pinellas News*, a newspaper of general circulation in Pinellas County, Florida, and in the *Dothan Eagle,* a newspaper of general

circulation in Houston County, Alabama, which is in the Middle District, Southern Division of Alabama.  (*See* Exhibits A & B attached hereto.)  Pinellas County, Florida is the county of Defendants' last known location, and Houston County, Alabama is in the Southern Division, in which the Complaint was filed.  *See* Ala. R. Civ. P. 4.3(d)(2).

5. The Notices (a) contained a summary statement of the object of the Complaint and demand for relief; (b) notified the Defendants that they were required to answer on or before June 20, 2008, which was thirty (30) days after the last publication; and (c) was published at least once a week for four successive weeks.  *See* Ala. R. Civ. P. 4.3(d)(3), and Exs. A & B.

6. Defendants did not answer by June 20, 2008, and as of the date of filing this Motion for Entry of Default Judgment, Plaintiffs have not received a responsive pleading from the Defendants.  The Court's Pacer docket does not reflect that Defendants have filed a responsive pleading.

7. Pursuant to Fed. R. Civ. P. 55(a), when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

8. Upon information and belief, David A. Flick, M.D. is not an infant or incompetent person.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff hereby moves the Clerk of the Court for entry of default in favor of Plaintiff against Defendants David A. Flick, M.D. and David A. Flick, M.D., P.A.

                Respectfully submitted,

                s/ Elizabeth Bosquet Shirley
                (BOSQUE5958)
                Attorney for Plaintiff

**OF COUNSEL:**

Burr & Forman LLP
420 North 20th Street
Wachovia Tower, Suite 3400
Birmingham, AL 35203
Phone:  (205) 251-3000
Facsimile:  (205) 458-5100
Email: bshirley@burr.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has been served on the following by directing same to their address through first-class, United States mail, postage prepaid, on this the 7th day of July, 2008:

David A. Flick, M.D., P.A.
David A. Flick, M.D.
467 N. Harbor Drive
Indian Rocks Beach, FL 33785

            s/ Elizabeth B. Shirley
            OF COUNSEL

# Pinellas News

www.pinellas-news.com

TEL (727) 894-2411                                                                                      FAX (727) 894-2522

NO: **042519**
ACCT: **14340**
SUBJECT: **CASE NO. 1:07 CV 428-WKW**

STATE OF FLORIDA
COUNTY OF PINELLAS

Before the undersigned authority personally appeared, Jolanta McGraw, who on oath says that she is a Legal Account Executive of the Pinellas News a weekly newspaper published in St. Petersburg located within Pinellas County, Florida: that the attached copy of advertisement **NOTICE OF CIVIL SUIT** in the matter of **IN RE: DAVID A. FLICK, DAVID A. FLICK, M.D., P.A. (CASE NO. 1:07 CV 428-WKW)**, was published in the said newspaper in the issue of **APRIL 25, MAY 2, 9, 16, 2008.**

Affiant further says that the said Pinellas News is a newspaper published at St. Petersburg, in said Pinellas County, Florida, and that the said newspaper heretofore has been continuously published in said Pinellas County, each week and has been entered as a periodical mail matter at the post office in St. Petersburg in said Pinellas County, for a period of one year preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.

_____
Jolanta McGraw

The foregoing instrument was acknowledged before me by Jolanta McGraw, personally known to me this **16TH** Day of **MAY, 2008**, AD.

_____
Notary Public


JULIE S. WOOD
Commission DD 706408
Expires September 20, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

### Notice of Civil Suit (advertisement)

TO: DAVID A. FLICK
TO: DAVID A. FLICK, M.D., P.A.

A civil action has been filed against David A. Flick and David A. Flick, M.D., P.A. ("Defendants") by ASD Specialty Healthcare, Inc. d/b/a Oncology Supply Company ("Plaintiff") IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE OF DISTRICT OF ALABAMA, SOUTHERN DIVISION, CASE NUMBER 1:07 cv 428-WKW regarding failure to make payment for certain goods purchased from Plaintiff.

Plaintiff is seeking damages in excess of $117,708.44. Defendants' answers must be served upon the following within 30 days of the last date of this publication, or on or before June 20, 2008. This publication shall run once a week for four (4) consecutive weeks. If Defendants have not so answered, then judgment by default may be entered against them in the above-referenced lawsuit.

Elizabeth B. Shirley Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, Alabama 35203
Attorneys for Plaintiff

XXXXX    APR 25, MAY 02, 09, 16, 2008    042519

533 4th Street North • Saint Petersburg, FL 33701-2301
P.O. Box 1507 • Saint Petersburg, FL 33731-1507

# LEGAL AFFIDAVIT
# STATE OF ALABAMA
# HOUSTON COUNTY

### Legal:    L14939
### Amount: $ 592.20

Before me, the undersigned authority in and for said County in said State personally appeared **Alice Trawick** to me and who being by me first duly sworn, deposed and says that she is **Legal Supervisor** of The Dothan Eagle, a newspaper published at Dothan, in Houston County, Alabama and that a copy of the attached advertisement appeared once a week for _4_ successive week(s), on the following dates:

April 25, May 2, 9, 16,  2008

in The Dothan Eagle, which said The Dothan Eagle has a general circulation in the County in which it is published and has been mailed under the second class mailing privileges of the United States Post Office Department from the post office where it is published for more than fifty-two (52) consecutive weeks prior to this publication.

_____
[signature: Alice Trawick]

Sworn to and subscribed before me on this 16 day of May, 2008

_____
[signature: Misty Well]
**NOTARY PUBLIC**           My Commission
                            Expires April 24, 20__

**My Commission Expires**

---

**Clipping (right margin):**

L14939
**NOTICE OF CIVIL SUIT**
TO: DAVID A. FLICK
TO: DAVID A. FLICK, MD., P.A.

A civil action has been filed against David A. Flick and David A. Flick, MD., P.A.("Defendants") by ASD Specialty Healthcare, Inc. d/b/a Oncology Supply Company ("Plaintiff") IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE OF DISTRICT OF ALABAMA, SOUTHERN DIVISION, CASE NUMBER 1:07 cv 428-WKW regarding failure to make payment for certain goods purchased from Plaintiff. Plaintiff is seeking damages in excess of $117,708.44. Defendants' answers must be served upon the following within 30 days of the last date of this publication, or on or before June 20, 2008. This publication shall run once a week for four(4) weeks consecutive weeks. If Defendants have not so answered, then judgment by default may be entered against them in the above-referenced lawsuit.
Elizabeth B. Shirley
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, Alabama 35203
Attorneys for Plaintiff
April 25, May 2, 9, 16, 2008