IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ASD SPECIALTY HEALTHCARE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACT. NO. 1:07-CV-428-WKW |
| DAVID A. FLICK, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is Plaintiff's Motion for Entry of Default Judgment (Doc. # 16), which the court construes as an application for entry of default. The application is referred to the Clerk of the Court for disposition in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

DONE this 6th day of August, 2008.

                    /s/ W. Keith Watkins
               UNITED STATES DISTRICT JUDGE