IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID A. FLICK, et. al, )<br>)<br>Defendants. ) | Civil Action No. 1:07cv428-WKW |

### ENTRY OF DEFAULT

It appearing that defendant*s* David A Flick, and David A. Flick, M.D., P.A were served by publication for four consecutive weeks – April 25, May 2, May 9, and May 16, 2008 – in the *Pinellas News*, a newspaper of general circulation in Pinellas County, Florida, and in the *Dothan Eagle*, a newspaper of general circulation in Houston County, Alabama, which is in the Middle District, Southern Division of Alabama. Pinellas County, Florida is the county of Defendants' last known location, and Houston County, Alabama is in the Southern Division, in which the complaint was field, and defendants have failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on July 7, 2008, as required by law.

DEFAULT is hereby entered against said defendants David A Flick, and David A. Flick, M.D., P.A.

DONE THIS   11th   day of   August  , 2008.

                                        /s/ Debra P. Hackett
                                   DEBRA P. HACKETT
                                   CLERK, UNITED STATES DISTRICT COURT
                                   MIDDLE DISTRICT OF ALABAMA